IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO POLICIES ORIGINALLY UNDERWRITTEN BY WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW FOLKMAN, individually and d/b/a JARAS CONSTRUCTION; SLOPESIDE CONDOMINIUM ASSOCIATION, INC.; AIG PROPERTY CASUALTY COMPANY, as subrogee of SNOWDAY, LLC; STATE FARM FIRE and CASUALTY CO., as subrogee of John Kuelbs; JOHN KUELBS, individually, and DOES 1-10, inclusive,<br><br>Defendants. | CV 19–189–M–DWM<br><br>ORDER |

Defendant AIG Property Casualty Company having moved unopposed for leave for its counsel to appear via telephone at the March 19, 2020 preliminary pretrial conference,

IT IS ORDERED that the motion (Doc. 24) is GRANTED in light of counsel's need to travel interstate. Counsel must contact the IT Department with

1

the Clerk of Court in Missoula prior to the conference to make the necessary arrangements.

DATED this 13th day of March, 2020.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court