IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO POLICIES ORIGINALLY UNDERWRITTEN BY WESTERN HERITAGE INSURANCE COMPANY, | CV 19–189–M–DWM |
| Plaintiff, | ORDER |
| vs. | |
| MATTHEW FOLKMAN, individually and d/b/a JARAS CONSTRUCTION; SLOPESIDE CONDOMINIUM ASSOCIATION, INC.; AIG PROPERTY CASUALTY COMPANY, as subrogee of SNOWDAY, LLC; STATE FARM FIRE and CASUALTY CO., as subrogee of John Kuelbs; JOHN KUELBS, individually, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Scottsdale Insurance Company having moved unopposed to withdraw its pending motion for summary judgment,

IT IS ORDERED that the motion (Doc. 42) is GRANTED. The summary judgment motion (Doc. 31) is DEEMED WITHDRAWN.

DATED this 10 day of June, 2020.

_____
Donald W. Molloy, District Judge
United States District Court