IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO POLICIES ORIGINALLY UNDERWRITTEN BY WESTERN HERITAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW FOLKMAN, individually and d/b/a JARAS CONSTRUCTION; SLOPESIDE CONDOMINIUM ASSOCIATION, INC.; AIG PROPERTY CASUALTY COMPANY, as subrogee of SNOWDAY, LLC; STATE FARM FIRE and CASUALTY CO., as subrogee of John Kuelbs; JOHN KUELBS, individually, and DOES 1-10, inclusive,<br><br>Defendants. | CV 19–189–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED

WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are

MOOT and all deadlines are VACATED. The jury trial set for March 8, 2021 is VACATED.

DATED this 30th day of September, 2020.

Donald W. Molloy, District Judge
United States District Court